USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #  _____
DATE FILED: January 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CRAIG WILKINS,

                        Plaintiff,

-against-

SPECIALIZED LOAN SERVICING, LLC,

                        Defendant.

20-CV-543 (ER)

ORDER OF SERVICE

EDGARDO RAMOS, United States District Judge:

      Plaintiff brings this *pro se* action, for which the filing fee has been paid, alleging that Defendant violated provisions of the Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq.*, and the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1681p and 1692k(d).

      The Clerk of Court is directed to issue a summons as to Defendant Specialized Loan Servicing, LLC. Plaintiff is directed to serve the summons and complaint on Defendant within 90 days of the issuance of the summons. If within those 90 days, Plaintiff has not either served Defendant or requested an extension of time to do so, the Court may dismiss the claims against Defendant under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

      The Clerk of Court is directed to issue a summons as to Specialized Loan Servicing, Inc., and to mail a copy of it and this order to Plaintiff, together with an information package.

SO ORDERED.

Dated:  January 31, 2020
         New York, New York

                                                EDGARDO RAMOS
                                        United States District Judge