USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __10/08/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CRAIG WILKINS, :
:
Plaintiff, :
: 20-CV-543 (JPC)
-v- :
: NOTICE OF
SPECIALIZED LOAN SERVICING, LLC, : REASSIGNMENT
:
Defendant. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    This case has been reassigned to the undersigned.  **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for *Pro Se* Litigants, which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.**  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  The Initial Pretrial Conference ("IPTC") scheduled for October 21, 2020 at 11:30 a.m. shall take place as scheduled.  In light of the ongoing COVID-19 pandemic, the Court will conduct the IPTC by teleconference.  At the scheduled time, parties should call (866) 434-5269, access code 9176261.  Absent leave of Court obtained by letter-motion filed before the conference, all pretrial conferences must be attended by the attorney who will serve as principal trial counsel for any represented party.

    During this conference, the parties shall be prepared to discuss the following topics:

1.     The nature of the case and/or the principal defenses thereto;

2.     Any contemplated motions;

3.     The basis for subject matter jurisdiction; and

4.     Whether the parties have discussed the use of alternate dispute resolution

mechanisms and whether the parties believe that (a) a settlement conference before a Magistrate Judge; (b) participation in the District's Mediation Program; and/or (c) retention of a privately retained mediator would be appropriate and, if so, when in the case (*e.g.*, within the next sixty days, after the deposition of plaintiff is completed, after the close of fact discovery, etc.) the use of such a mechanism would be appropriate.

It is further ORDERED that the parties shall submit to the Court by October 16, 2020 a proposed case management plan and scheduling order, a template of which is available at https://www.nysd.uscourts.gov/hon-john-p-cronan.

In accordance with the Court's Individual Rules, requests for extensions or adjournment must be made in writing and must be received at least 48 hours (*i.e.*, two business days) before the deadline or scheduled appearance, absent compelling circumstances. The written submission must state (1) the original date(s) set for the appearance or deadline(s) and the new date(s) requested; (2) the reason(s) for the request; (3) the number of previous requests for adjournment or extension; (4) whether these previous requests were granted or denied; and (5) whether the opposing party consents, and, if not, the reasons given by the opposing party for refusing to consent.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 8, 2020  
New York, New York

                                          JOHN P. CRONAN  
                                        United States District Judge