```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CRAIG WILKINS,                                    :
:
Plaintiff,           :
:                              20-CV-543 (JPC)
-v-                            :
:                              NOTICE OF
SPECIALIZED LOAN SERVICING, LLC,                  :                              REASSIGNMENT
:
Defendant.           :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On October 21, 2020, the Court held the Initial Pretrial Conference via telephone. At this conference, the parties informed the Court that they consented to conducting all further proceedings before a magistrate judge. The Court then ordered Defendant's counsel to provide Plaintiff with a copy of the Court's Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form. According to the docket, no party has filed this form.

By December 21, 2020, the parties shall submit a joint letter updating the Court on the status of this case. If the parties no longer consent to conducting all further proceedings before a magistrate judge, the parties should indicate such in the joint letter.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: December 5, 2020                          _____
New York, New York                                  JOHN P. CRONAN
                                                    United States District Judge