**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CRAIG WILKINS,

                Plaintiff,                20 **CIVIL** 543 (GWG)

      -against-                      **JUDGMENT**

SPECIALIZED LOAN SERVICES, LLC.

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated August 23, 2022, defendant's motion for summary judgment (Docket ##31,34) is granted as to all claims alleged in the complaint; plaintiff's motion for summary judgment (Docket #36) is denied; judgment is entered for defendant; accordingly, the case is closed.

**Dated:**  New York, New York
          August 26, 2022

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                         **BY:**
                                              **Deputy Clerk**